UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UQUINN BANKS,

            Plaintiff,

-against-

JUDGE EDWARD J. MCLAUGHLIN, ET AL.,

            Defendants.

19-CV-4127 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 21, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court declines, under 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction over any state law claims that the Plaintiff is asserting.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 21, 2019
        New York, New York

                                      COLLEEN McMAHON
                                 Chief United States District Judge